IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND FOREMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 3:23-cv-206 ) Judge Stephanie L. Haines |
| MAGISTRATE JOHN PREBISH, *et al.*, | ) Magistrate Judge Keith A. Pesto ) |
| Defendants. | ) ) ) |

## JUDGMENT

AND NOW, this 24th day of November 2025, it is hereby ORDERED, ADJUDGED AND DECREED that final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Defendants and against Plaintiff.

_____
Stephanie L. Haines
United States District Court Judge

**Notice by US Mail to:**

Raymond Foreman
22-01430
Bedford County Correctional Facility
425 Imlertown Road
Bedford, PA 15222
Pro Se